June 14, 2019

Kenneth Haggerty
Case# 19-41557

**FILED**
U.S. BANKRUPTCY COURT
EASTERN DIST.

2019 JUN 14 AM 8: 24

CLERK, U.S. BANKRUPTCY
COURT

BY_____DEPUTY

I would like to withdraw my Bankruptcy chapter 7. I am withdraw for employement reasons and impact.

I would like to file a motion to Dismiss.

[signature]